1  HELANE L. MORRISON (CA Bar No. 127752)
   JOHN S. YUN (CA Bar No. 112260)
2  PATRICK T. MURPHY (Admitted in New York)

3  Attorneys for Plaintiff
   SECURITIES AND EXCHANGE COMMISSION
4  44 Montgomery Street, Suite 2600
   San Francisco, California 94104
5  Telephone: (415) 705-2500
   Telecopy: (415) 705-2501

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ROBERT PREVETT, WENDY GOODY )<br>and CLIFFORD GOODY )<br>)<br>Defendants, )<br>) | Civil Action No.<br>C-01-21069-JW<br><br>[~~PROPOSED~~] REVISED ORDER GRANTING PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S MOTION TO DISBURSE ROBERT J. PREVETT PAYMENTS TO THE TREASURY<br><br>Date: Dec. 11, 2006<br>Time: 9:00 a..m.<br>Judge: James Ware<br>Courtroom: 8 |

Order re: Motion to Disburse
C-01-21069-JW

**REVISED ORDER TO DISBURSE ROBERT J. PREVETT'S PAYMENTS**

Plaintiff Securities and Exchange Commission ("Commission") has moved the Court for an Order directing that the prior payments by defendant Robert J. Prevett ("Prevett") of $335,004 in disgorgement and $66,028 in prejudgment interest to the Clerk of the Court be disbursed from the court's registry to the United States Treasury along with all accrued interest. This Court has previously ordered Prevett to make those payments to disgorge the ill-gotten gains that he derived from purchasing 10,000 shares on nVIDIA Corporation ("nVIDIA") common stock on the open market on March 6, 2000 using material non-public information. On March 6, 2000, a total of 7,201,600 nVIDIA shares were traded on the NASDAQ. Given the trading volume on that date, it is not reasonably practical to attempt to use Prevett's payments to make a disbursement to those investors who sold nVIDIA stock on that day.

No opposition papers have been filed to the Commission's motion, and the Court therefore does not believe that a hearing is necessary. Good cause appearing from the Commission's papers, it is therefore ordered that the Clerk of the Court shall disburse to the United States Treasury the $401,032 that Prevett previously paid into the court's registry, along with all interest that has accrued on that payment. The Clerk of the Court is therefore authorized to issue a check for the appropriate amount to the Office of Financial Management, Securities and Exchange Commission, Operations Center, 6432 General Green Way, Mail Stop 0-3, Alexandria, Virginia 22312, so that the Commission can then forward payment to the United States Treasury.

SO ORDERED.

DATED: December 11, 2006

James Ware, Judge
United States District Court

Order re: Motion to Disburse
C-01-21069-JW